# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :

                Plaintiff        :

      v.                                    :   CIVIL ACTION NO. 06-281

RUTH ROBERTS,                          :

                     :

            Defendant

### PRAECIPE FOR ALIAS SUMMONS

TO THE CLERK
United States District Court
District of Delaware

    Please issue an Alias Summons for **Ruth Roberts, 426 Westwoods Road,**

**Millsboro, Delaware 19966**.

                                 COLM F. CONNOLLY
                                 United States Attorney

                                 _____/s/_____

                                 PATRICIA C. HANNIGAN
                                 Assistant United States Attorney

Date: June 15, 2006