IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, | : |
| | : |
| Defendant | |

PRAECIPE FOR ALIAS SUMMONS

TO THE CLERK
United States District Court
District of Delaware

Please issue an Alias Summons for **Ruth Roberts, 426 Westwoods Road, Millsboro, Delaware 19966**.

COLM F. CONNOLLY
United States Attorney

/s/
PATRICIA C. HANNIGAN
Assistant United States Attorney

Date: August 14, 2006