IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, | : |
| Defendant | : |

**TO THE CLERK**
United States District Court
For the District of Delaware

Please enter default for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in accordance with the attached declaration.

                                                                  COLM F. CONNOLLY
                                                                  United States Attorney

BY: _____
                                                                  Patricia C. Hannigan
                                                                  Assistant United States Attorney
                                                                 Delaware Bar I.D. No. 2145
                                                                 The Nemours Building
                                                                 1007 Orange Street, Suite 700
                                                                 P.O. Box 2046
                                                               Wilmington, DE 19899-2046
                                                               (302) 573-6277
                                                               Patricia.Hannigan@usdoj.gov

November 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. : CIVIL ACTION NO. 06-281

RUTH ROBERTS, :

    Defendant :

DECLARATION IN SUPPORT OF
DIRECTION FOR ENTRY OF DEFAULT

    Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the District of Delaware, under penalty of perjury, declares that the following is true and correct:

    1. That the defendant was served with a copy of the Complaint in the above case personally by U.S. Marshall Service, as shown by the return of service as of record.

    2. That the defendant has failed to plead or otherwise defend.

    3. That the defendant is not in the military service of the United States, nor is he an infant or incompetent person.

    4. That the defendant is indebted to the United States in the principal amount of $51,578.00, plus interest in the amount of $124,547.66, for a total balance indebtedness of $176,125.66.

                                                        Reneé A. Austin
                                                        Paralegal Specialist

November 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, | : | |
| Defendant | : | |

## ORDER ENTERING DEFAULT

AND NOW, TO WIT, THIS _____ DAY OF _____, 2006, it appearing from the Declaration of Reneé A. Austin, Paralegal Specialist, filed herein, that the above named defendant having to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and the plaintiff having requested the entry of a default, it is,

ORDERED, in accordance with Rule 55(a), Fed.R.Civ.P. that a default be and the same hereby is entered against the defendant.

_____
Deputy Clerk, U.S. District Court