IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :

Plaintiff, :

v. : CIVIL ACTION NO. 06-281

RUTH ROBERTS, :

Defendant :

MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, United States of America, in support of its Motion for Entry of Judgment by Default against the defendant and in favor of plaintiff, respectfully shows the Court as follows:

1. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and at the request of counsel for plaintiff, the Clerk has entered default against the defendant who has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as was fully shown by the declaration filed in support of Direction for Entry of Default.

2. On information and belief, defendant is not an infant or incompetent person, nor is she in the military service of the United States.

3. Plaintiff is entitled to judgment as sought in its complaint as is more fully shown by the declaration filed herewith.

WHEREFORE, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff moves that this Court enter Judgment by default against the defendant and in favor of plaintiff as follows:

(a) That the premises of 30019 Box 206A, Road 426, Millsboro, Delaware 19966, subject to the mortgage upon which this action is brought, lying and being situated in Sussex County, Delaware, may be decreed to be sold according to law, and the mortgage be foreclosed.

(b) That the amount due plaintiff by the defendant on the Promissory Note and Real Estate Mortgage may be adjudged to be the sum in the principal amount of $51,578.00 plus interest in the amount of $124,547.66 as of November 8, 2006, for a total indebtedness of $176,125.66.

(c) That the monies arising from said sale be brought into Court.

(d) That the plaintiff be paid the amount adjudged due the plaintiff with interest thereon to the time of such payment, together with costs and expenses of this action and the expenses of said sale.

(e) That the plaintiff shall have such other and further relief, or both, in the premises as shall be just and equitable.

COLM F. CONNOLLY
United States Attorney

BY: ______________________
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

November 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, | : | |
| Defendant | : | |

DECLARATION IN SUPPORT OF MOTION
FOR ENTRY OF JUDGMENT BY DEFAULT

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. Default was entered by the Clerk of the Court on November 8, 2006, pursuant to Rule 55(a), Federal Rules of Civil Procedure, upon application of plaintiff for failure of defendant to appear or defend as provided by the rules of the Court.

2. Defendant remains in default of the Promissory Note and Real Estate Mortgage held by plaintiff, having failed to pay the entire amount of indebtedness owed to plaintiff, upon the election of plaintiff to declare such entire amount due and payable.

3. Defendant is not a minor or incompetent, nor is the defendant in the military service of the United States.

4. There is now fully due and owing on defendants' Promissory Note and Mortgage, none of which has been paid, the principal amount of $51,578.00 plus interest in the amount of

$124,547.66 as of November 8, 2006, for a total indebtedness of $176,125.66.

Reneé A. Austin
Paralegal Specialist

November 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :

       Plaintiff,                     :

v.                                   :    CIVIL ACTION NO. 06-281

RUTH ROBERTS,                        :

       Defendant                      :

ORDER ENTERING JUDGMENT BY DEFAULT
PURSUANT TO RULE 55(b)(2)

Upon Motion of plaintiff for entry of Judgment by default, it appearing from the declaration of Reneé A. Austin filed in support of said Motion that the defendant is not an infant or incompetent person, and that no appearance has been entered in this action by defendant, it is hereby

ORDERED that Judgment by default be, and the same hereby is entered against the defendant and in favor of plaintiff as follows.

    (a) That the mortgage be foreclosed and that the premises of 30019 Box 206A, Road 426, Millsboro, Delaware 19966, subject to the mortgage upon which this action is brought, lying and being situated in Sussex County, Delaware, may be decreed to be sold according to law.

    (b) That the amount due plaintiff by the defendant on the Promissory Note and Real Estate Mortgage may be adjudged to be the sum in the principal amount of $51,578.00 plus interest in the amount of $124,547.66 as of November 8, 2006, for a total indebtedness of $176,125.66.

    (c) That the monies arising from said sale be brought into Court.

(d) That the plaintiff be paid the amount adjudged due the plaintiff with interest thereon to the time of such payment, together with costs and expenses of this action and the expenses of said sale.

JOSEPH J. FARNAN, JR.
United States District Court Judge