IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-281-JJF |
| RUTH ROBERTS, | : |
| Defendant. | : |

### CLERK'S ENTRY OF DEFAULT

And now to wit this **12th** day of **February, 2007**, the Plaintiff, United States of America, filed a Request for Default (D.I. 6) pursuant to Fed. R. Civ. P. 55(a).

It appearing from the Declaration of Reneé Roberts (attached to D.I. 6), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and Defendant, Ruth Roberts has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, Ruth Roberts.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk