IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, : | |
| Defendant : | |

### ORDER ENTERING JUDGMENT BY DEFAULT
### PURSUANT TO RULE 55(b)(2)

Upon Motion of plaintiff for entry of Judgment by default, it appearing from the declaration of Reneé A. Austin filed in support of said Motion that the defendant is not an infant or incompetent person, and that no appearance has been entered in this action by defendant, it is hereby

ORDERED that Judgment by default be, and the same hereby is entered against the defendant and in favor of plaintiff as follows.

(a) That the mortgage be foreclosed and that the premises of 30019 Box 206A, Road 426, Millsboro, Delaware 19966, subject to the mortgage upon which this action is brought, lying and being situated in Sussex County, Delaware, may be decreed to be sold according to law.

(b) That the amount due plaintiff by the defendant on the Promissory Note and Real Estate Mortgage may be adjudged to be the sum in the principal amount of $51,578.00 plus interest in the amount of $124,547.66 as of November 8, 2006, for a total indebtedness of $176,125.66.

(c) That the monies arising from said sale be brought into Court.

(d) That the plaintiff be paid the amount adjudged due the plaintiff with interest thereon to the time of such payment, together with costs and expenses of this action and the expenses of said sale.

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge    2/15/07