IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 06-281-JJF |
| RUTH ROBERTS | : |
| Defendant | : |

### ORDER OF FORECLOSURE AND SALE

**AND NOW**, THIS 26 DAY OF APRIL, 2007, the foregoing Motion having been read and considered, it is

**ORDERED, ADJUDGED AND DECREED** as follows:

1. That the mortgage described in the Complaint herein be, and the same hereby is, foreclosed from any equity of redemption in and to the lands and premises therein described.

2. The said lands and premises be sold to the highest bidder by the United States Marshal at public sale to be held at The Circle, Georgetown, Delaware, on the **27th day of June, 2007**, at **11:30 a.m.**, after notice has been given in accordance with 28 U.S.C. Section 2002, once a week for four consecutive weeks prior to sale in one newspaper in general circulation in Sussex County, Delaware, the first such notice to be given on or before **May 30, 2007**, in substantially the form in Exhibit A attached hereto.

3. The terms and conditions of the sale shall be as follows:

   (a) The United States may bid a credit against its judgment and interest thereon, costs, and expenses without tender of cash, as provided by Title 31,

United States Code, Section 3715.

    (b)    The terms of sale as to all other persons or parties bidding shall be cash or certified check. The successful bidder, called purchaser herein, shall be required to deposit with the United States Marshal cash, or a certified check, equal to ten percent (10%) of his total bid immediately upon the property being struck off and awarded to him as the highest and best bidder; and the remaining ninety percent (90%) of said purchase price to be paid within ten (10) days from the original sale date of **June 27, 2007**, before 5:00 p.m. If the highest bidder fails to settle, all his rights in the real estate shall cease and be completely void and the property may be readvertised and sold by the Marshal without further order of the Court at the risk of the defaulting bidder whose deposit shall be forfeited; and in the case of a deficiency on such resale, he shall make good the same to the persons thereby injured.

4.    A hearing be held on _August 2, 2007_, at _1:00_ p.m. in Court Room No. 4-B in the Federal Courthouse, 844 King Street, Wilmington, Delaware, to consider confirmation of the sale herein ordered and to consider any objections which may be made to said sale.

5.    A true copy of this Order and Decree, with attached exhibit, be delivered forthwith to the United States Marshal by the Clerk.

6.    That jurisdiction is retained over this matter for the granting of such orders or decrees as the circumstances may require.

_Joseph J. Farnan_
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge

## UNITED STATES MARSHAL'S AD

UNDER and by virtue of an ORDER OF SALE and issued by the United States District Court for the District of Delaware, in mortgage foreclosure proceedings by the United States of America, on behalf of its agency, Farm Service Agency, U.S. Department of Agriculture, as the suit of UNITED STATES OF AMERICA v. RUTH ROBERTS, Civil Action No. 06-281, notice is hereby given that I, _____, United States Marshal, as Trustee, will sell for cash at public auction sale:

**DATE OF SALE:** Wednesday, June 27, 2006   **TIME:** Starting at 11:30 a.m. and will be sold as follows:

**LOCATION OF SALE:** Courthouse steps at the The Circle, Georgetown, Delaware, Sussex County, Delaware.

This auction consists of the parcels as indicated in the auction item and legal description below. The parcels are being sold subject to existing easements. The bid amount represents the Government's bid for the auction item.

**AUCTION ITEMS:**

A parcel of land located on the s/s of Westwoods Road west of the junction with Millsboro Highway (SR #26) in Gumboro Hundred, Sussex County, State of Delaware, and more particularly described in a mortgage dated March 6, 1984, recorded on March 7, 1984, in Book 771 at Page 305 of the land records of Sussex County, Delaware (Tax Map: 3-33 7.00 30.00). Additional information is available about the property at http://www.resales.usda.gov.

**PROPERTY DESCRIPTION:**

LEGAL DESCRIPTION: The property further described in the above-cited mortgage reference as all that certain tract, piece or parcel of land situate, lying and being in Gumboro Hundred, Sussex County, Delaware, adjoining lands now or formerly of W. Blaine Adkins, John Revel, Charles Short, Charles Collins, Parron Jones and others and lying on the West side of a private road leading from this farm to the homestead formerly of Miers B. Short deceased, containing one hundred (100) acres, more or less:

EXCEPTING AND RESERVING FROM THE ABOVE the following two conveyances:

    1) Deed of Walter T. Short, Sr. And Mildred E. Short, his wife to Walter T. Short, Jr. and Evelyn M. Short, his wife, dated the 17th day of January, A.D. 1960 and filed for record in the Office of the Recorder of Deeds, in and for Sussex County, in deed Book 513 at page 493 &c.

    2) Deed of William C. Short and Norma Lee Short, his wife to Larry J. Rickards and Edith Pearl Rickards, his wife, dated the 27th day of May, A.D. 1977 and filed for record

GOVERNMENT EXHIBIT A

in the Office of the Recorder of Deeds, in and for Sussex County, in Deed Book 844 at page 339 &c.

The above described property herein described containing 80.42 acres, more or less, and referred to on the Sussex county tax map 3-33 7.00 as parcel number 30.00.

 BEING the same lands conveyed to Ruth J. Roberts by Deed of William C. Short and Norma Lee Short, his wife, dated the 6th day of March, A.D. 1984 and filed for record in the Office of the Recorder of Deeds, in and for Sussex County, in Deed Book 1246, at page 234 &c.

Farm Service Agency, formerly known as Farmers Home Administration, U.S. Department of Agriculture, will enter a bid in the amount of $180,000.00.

**TERMS OF SALE:** A deposit of 10% of the purchase price shall be paid at the time and place of the sale. The deposit shall be paid in the form of cash (or certified or cashier's check made payable to the Treasurer of the United States c/o U.S. Marshal). The balance of the purchase price shall be paid in the form of cash (or certified or cashier's check made payable to the Treasurer of the United States c/o U.S. Marshal) within ten (10) days from the original date of June 27, 2007, before 5:00 p.m. Taxes, water and sewage charges to be paid by the purchaser subsequent to the date of sale. All other public charges and assessments payable on an annual or periodic basis, including but not limited to sanitary charges, shall be paid by the purchaser subsequent to the date of sale. Responsibility and cost of all conveying, recording, revenue stamps, documentary stamps, transfer taxes, document preparation, title insurance and other expenses of sale shall be borne by the purchaser. The property is being sold in as "as is" condition. If the property is occupied upon or after the conveyance of the property by the Trustee to the purchaser, the purchaser is responsible for the eviction of the occupants, at the cost, expense, and risk of the purchaser; any and all costs expended by the purchaser are not reimbursable by the United States of America or any of its agents or employees. In the event of default by the purchaser, the property shall be resold at the risk and cost of the defaulting purchaser, to wit, the 10% deposit shall be withheld by the United States of America as liquidated damages and is not refundable.

      _____, **U.S. MARSHAL**
         **DISTRICT OF DELAWARE**

Advertise: <Name & Address of Newspaper, and the dates ad is to appear>