UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 06-281 |
| RUTH ROBERTS, | : |
| Defendant | : |

### PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK
United States District Court
District of Delaware

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

        COLM F. CONNOLLY
        United States Attorney

By: *(signature)*
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov

September 4, 2007